IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

    vs.                      : CRIMINAL NO: CR-3-06-119 (2)
                                       : JUDGE ROSE

**RICHARD PRICE,**

       **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

Now comes the United States of America and notifies this Court that the Defendant died November 27, 2008. As a result of the Defendant's death, his liability to pay the restitution imposed in this case is terminated pursuant to 18 U.S.C. §3613 (b). Therefore, the Clerk of the United States District Court for the Southern District of Ohio is authorized and empowered to satisfy said judgment of record.

                                                                Respectfully submitted,

                                                                CARTER M. STEWART
                                                                United States Attorney

                                                                s/Deborah F. Sanders
                                                                DEBORAH F. SANDERS (0043575)
                                                                Assistant United States Attorney
                                                                Southern District of Ohio
                                                                303 Marconi Boulevard, Suite 200
                                                                Columbus, Ohio 43215-2401
                                                                (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, The estate of Richard Price, 2160 Darthmouth Avenue, Columbus, Ohio, 43219 by first class mail, postage prepaid, this 26th day of May, 2011.

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney